Teresa M. Shill, OSB # 031680
E-Mail: tshill@rcflegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 977-7840
Fax: (503) 977-7963
tshill@rcolegal.com
Attorneys for Defendants: Mortgage Electronic Registration
Systems, Inc.; and Wells Fargo Bank, N.A., successor in interest to LoanCity, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>TERRY F. ZDUN; CAROL J. ZDUN; GARY TEDDER, Trustee of the IRENE LACEY TRUST; SAMUEL WARNER, Trustee of the IRENE LACEY TRUST; WELLS FARGO BANK, N.A.; LOANCITY, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOUGLAS COUNTY, OREGON,<br><br>                Defendants. | **No. 10-6307-HO**<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR LOANCITY, INC.** |

Pursuant to FRCP 7.1, defendant Mortgage Electronic Registration Systems, Inc., solely as nominee for LoanCity, Inc. (hereinafter the "Defendant") by and through its attorneys of record, Routh Crabtree Olsen, P.C. and Teresa M. Shill, provides the following information:

1. PARENT CORPORATION OF DEFENDANT:  MERSCORP, Inc.

2. PUBLICLY HELD COMPANIES OWNING 10% OF MORE OF STOCK OF

    DEFENDANT:  None.

DATED this 9th day of November 2010.

CORPORATE DISCLOSURE  - Page 1 of 2

**ROUTH CRABTREE OLSEN, P.C.**

By /s/ Teresa M. Shill
    Teresa M. Shill, OSB # 031680
    Attorneys for Defendants: Mortgage Electronic
    Registration Systems, Inc.;
    and Wells Fargo Bank, N.A.
    11830 SW Kerr Parkway, Ste. 385
    Lake Oswego, Oregon 97035
    (503) 977-7926; Fax (503) 977-7963
    tshill@rcolegal.com