```
1   William Koontz, Esq.
    P.O. Box 1240
2   Cottage Grove, OR 97424
3   541-942-2984 Ph.
4
    Peter Gibbons
5   1805 North Carson Street, Suite E
    Carson City, NV 89701
6
    775-546-1450 Ph.
7   Attorneys for defendants Terry F Zdun and Carol J. Zdun
8
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| United States of America, | Case #    cv-10-6307 HO |
| PLAINTIFF | **DEFENDANTS' NOTICE OF** |
| Vs. | **TERMINATION OF COUNSEL AND** |
| | **SUBSTITUTION OF ATTORNEY.** |
| **Terry F. Zdun; Carol J. Zdun; Gary Teddder, Trustee of the IRENE LACEY TRUST; Samuel Warner, Trustee of the IRENE LACEY TRUST; WELLS FARGO BANK, NA; LOAN CITY, Inc; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc; and DOUGLAS COUNTY, OREGON,** | |
| DEFENDANTS. | |

**DEFENDANTS' NOTICE OF TERMINATION OF COUNSEl**

1   Defendants Terry F. and Carol J. Zdun (Zdun), hereby notify the court and the parties to this action through their respective counsels, of the termination of the representation of Zdun by counsels Peter Gibbons and William Koontz.

2   This termination shall be effective upon service of this notice, due to irreconcilable differences arising between counsels and client with respect to prosecution of their defense in this action. The differences between counsel and client have reached the point where counsel believes it would be impossible to provide competent professional representation of client without conflict and contention between attorneys and clients, such that all cooperation between them would cease. Such discord between attorney and client would cause irreparable harm to the interests of the client, requiring immediate termination in order to mitigate any further harm to Zdun as a result of said irreconcilable differences.

3   Wherefore, Zdun has demanded, and counsel consents to this termination.

**DEFENDANTS' NOTICE OF SUBSTITUTION OF ATTORNEY**

4   Counsel has advised Zdun of the complexity of the litigation at bar and the necessity of adequate and competent representation, as well as the potential for severe adverse consequences to Zdun's property and estate in the event of failure to vigorously defend this action. Zdun hereby acknowledges such advice of counsel and makes this substitution pro tem., pending retention of new counsel to represent Zdun.

**5**   **WHEREFORE,** notice is hereby given that Terry F. Zdun and Carol J. Zdun hereby substitute Terry F. Zdun, in propria persona and Carol J. Zdun, in propria persona, respectively as counsel of record in place of Peter Gibbons and William Koontz jointly, effective upon filing this notice with the court and service upon opposing counsel.

Contact information for new counsel is as follows:

Terry F. and Carol J. Zdun
600 Devils Knob Road
Tiller, Oregon 97484
541-8253700 Phone
541-825 3827 Fax

1    I consent to the above termination and substitution:

2       Dated: _Feb. 20_, 2011            _/s/ Terry F. Zdun_

3                                                                       Terry F. Zdun

4    I consent to the above termination and substitution:

5       Dated: _Feb. 20_, 2011            _/s/ Carol J. Zdun_

                                                                       Carol J.. Zdun

6    I consent to the above termination and substitution:

7

8       Dated: _Feb. 21_, 2011            _/s/ Peter Gibbons_

9                                                                    Peter Gibbons, Attorney at Law

10   I consent to the above termination and substitution:

11

12      Dated: _Feb 21, 2011_, 2011       _/s/ William Koontz_

13                                                                   William Koontz, Esq.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28